# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JON D. HIGGINS, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>UNION PACIFIC RAILROAD CO., <br><br>　　　　　　　Defendant. | 8:16CV539 <br><br> JUDGMENT |

In accordance with the Court' Memorandum and Order of this date,

IT IS ORDERED:

1. Defendant Union Pacific Railroad Co.'s Motion for Summary Judgment, ECF No. 49, is granted;

2. Plaintiff Jon Higgins's Motion for Oral Arguments, ECF No. 66, is denied;

3. Plaintiff Jon Higgins's Complaint, ECF No. 1, is dismissed, with prejudice;

4. All other pending motions are denied, as moot.

Dated this 28th day of March, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　Chief United States District Judge